IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02301-WYD-BNB

VANESSA UPSHAW,

Plaintiff,

v.

TRANSMONTAIGNE SERVICES, INC., a Delaware corporation,

Defendant.

_____

## ORDER
_____

This matter is before me on the **Plaintiff's Motion for Court Order Granting Affidavit of Marvina Cope** [Doc. # 19, filed 4/18/2012] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 19] is DENIED.

Dated May 15, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge