IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02301-WYD-BNB

VANESSA UPSHAW,

    Plaintiff,

v.

TRANSMONTAIGNE SERVICES, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Motion for Dismissal. After a review of the Joint Motion for Dismissal and the file, it is hereby

ORDERED that the parties' Joint Motion for Dismissal (ECF No. 25), filed July 6, 2012, is **GRANTED.**  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  July 6, 2012.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE